IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT OPPORTUNITY :      CIVIL ACTION
COMMISSION
                                        :
        v.                               :
                                        :
UNITEK, USA, LLC.                     :         NO. 08-4592

**O R D E R**

AND NOW, this 15th day of September, 2010, upon consideration of the evidence

presented at the bench trial held before this Court, for the reasons provided in the accompanying

Memorandum, it is hereby ORDERED that JUDGMENT shall be entered in favor of defendant,

Unitek, USA, LLC., and against plaintiff, Equal Employment Opportunity Commission.

BY THE COURT:


        **_/s/ L.Felipe Restrepo_____**
        L. Felipe Restrepo
        United States Magistrate Judge