IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | : | CIVIL ACTION |
| COMMISSION | | |
| | : | |
| v. | : | |
| | : | |
| UNITEK, USA, LLC. | : | NO. 08-4592 |

## <u>AMENDED ORDER</u>

AND NOW, this 15th day of September, 2010, upon consideration of the evidence

presented at the bench trial held before this Court, for the reasons provided in the accompanying

Memorandum, it is hereby ORDERED that JUDGMENT is entered in favor of defendant,

Unitek, USA, LLC., and against plaintiff, Equal Employment Opportunity Commission.


BY THE COURT:


  **_/s/ L.Felipe. Restrepo_____**
L. Felipe Restrepo
United States Magistrate Judge